JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR23-170-RSM |
| Plaintiff, | ) | |
| v. | ) | ORDER CONTINUING TRIAL |
| RUCHELL GILBERT, | ) | |
| Defendant. | ) | |

This matter comes before the Court on the defendant's motion to continue the trial and to set a new motions deadline. Having considered the motion, and all the files and records herein, the Court finds and rules as follows:

THE COURT FINDS, pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(i), that the failure to grant a continuance to May 6, 2024, would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice.

THE COURT FINDS, in light of these factors, that it is unlikely that the defense can be reasonably ready to try this matter before May 6, 2023, at the earliest.

THE COURT FINDS, pursuant to Title 18, United States Code, Section 3161(h)(6) and (7), that this is a reasonable period of delay, in that defense counsel has indicated he require more time to prepare for trial and believes that May 6, 2024, is the earliest that they could be

ORDER CONTINUING TRIAL
(*U.S. v. Ruchell Gilbert*, CR23-170-RSM) - 1

Geisness Law Firm
506 Second Avenue, Ste. 1400
Seattle, WA 98104
(206) 455 - 4689

prepared to proceed to trial. The Court finds that given the existing trial schedule, that this amount of time is, in fact, necessary.

NOW, THEREFORE, IT IS HEREBY ORDERED that the trial date will be continued until May 6, 2024.

IT IS FURTHER ORDERED that the motion deadlines are set in accordance with the Case Scheduling Order.

IT IS FURTHER ORDERED that the time between this date and the new trial date is excluded in computing the time within which a trial must be held pursuant to Title 18, United States Code, Section 3161, et seq.

IT IS SO ORDERED.

DATED this 30th day of November, 2023.



RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING TRIAL
(*U.S. v. Ruchell Gilbert*, CR23-170-RSM) - 2

**Geisness Law Firm**
506 Second Avenue, Ste. 1400
Seattle, WA 98104
(206) 455 - 4689