The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>RUCHELL GILBERT,<br><br>Defendant. | NO. CR23-170RSM<br><br>CASE SCHEDULING ORDER |

The Court hereby enters a pretrial case scheduling order setting the following dates and deadlines in this case:

| | |
|---|---|
| Discovery Conference: | November 17, 2023 |
| Primary Motions Filing Date: | March 25, 2024 |
| Primary Motions Response Date: | April 8, 2024 |
| Primary Motions Reply Date: | April 15, 2024 |
| Primary Motions Noting Date: | April 16, 2024 |
| Government's Notice of 404(b) Evidence: | April 1, 2024 |
| Expert Disclosure Deadline – Government: | April 5, 2024 |
| Defense Expert Disclosure: | April 19, 2024 |
| Govt. Rebuttal Expert Disclosure: | April 26, 2024 |

Case Scheduling Order - 1
*United States v. Gilbert* / CR23-170RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| Govt. Exhibit List: | April 22, 2024 |
| Government Trial Brief: | April 22, 2024 |
| Government Exhibit List: | April 22, 2024 |
| Govt. Proposed Jury Instructions: | April 22, 2024 |
| Defense Trial Brief: | April 26, 2024 |
| Defense Exhibit List: | April 26, 2024 |
| Defense Witness List: | April 26, 2024 |
| Defense Proposed Jury Instructions: | April 26, 2024 |
| Motions in Limine: | April 26, 2024 |
| Responses to Motions in Limine: | May 1, 2024 |
| Govt. Supplemental Jury Instructions: | May 1, 2024 |
| Pretrial Conference: | TO BE SET |
| Jury Trial: | May 6, 2024 |

DATED this 30th day of November, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Case Scheduling Order - 2
*United States v. Gilbert* / CR23-170RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970