UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>RUCHELL GILBERT,<br>　　　　　Defendant. | NO.　CR12-237-RSM<br>　　　CR23-170-RSM<br><br>ORDER GRANTING DEFENDANT'S MOTION TO FILE DOCUMENT UNDER SEAL |

THE COURT, having reviewed the sealed Unofficial Death Abstract of Christopher Riggs GRANTS defendant's Motion to File Document Under Seal.

DATED this 10th day of June, 2024.

_[signature]_
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANT'S MOTION TO FILE
DOCUMENT UNDER SEAL
Page - 1